UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRAGUTON "FRED" NIKOLIC,
Plaintiff,

vs.  Case No. 8:04-CV-969-T-27TGW

DEBORAH CAVEY,
Defendant.
_____/

## ORDER

**BEFORE THE COURT** is United States of America's Motion to Intervene and Substitute Itself in Place of Deborah Cavey as Party Defendant (Dkt. 13) and Plaintiffs' Response (Dkt. 15). Upon consideration, it is

**ORDERED AND ADJUDGED** that the United States of America's Motion to Intervene and Substitute Itself in Place of Deborah Cavey as Party Defendant (Dkt. 13) is **GRANTED** to the extent that the United States of America may intervene for the purpose of determining whether Defendant Deborah Cavey acted within the scope of her employment as an employee of United States Postal Service when the alleged acts occurred. The Court reserves ruling on whether the United States of America should be substituted as the proper defendant.[1]

**DONE AND ORDERED** in chambers this 16th day of May, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] The United States has filed a dispositive motion on this issue. (Dkt. 18).